IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIJAH BAPTIST, | ) |
| Plaintiff, | ) |
| v. | ) No. 07 C 1524 |
| ROGER E. WALKER, JR., | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Elijah Baptist ("Baptist") has submitted a handwritten Motion for Reconsideration ("Motion") of this Court's March 26, 2007 memorandum order that had dismissed Baptist's most recent effort to call 42 U.S.C. §1983 ("Section 1983") to his aid. Baptist's Motion asserts (it appears correctly) that he is still technically "in custody" even though he is not confined in durance vile. But that is wholly beside the mark, for this Court's dismissal order mentioned the subject of custody only in passing, as possibly affecting the direct assignment of Baptist's new action to this Court's calendar. What is instead relevant is that Baptist's grievance does not approach the level of a constitutional deprivation such as to entitle him to invoke Section 1983. Accordingly the Motion is denied.

_____
Milton I. Shadur
Senior United States District Judge

Date: April 30, 2007